UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENT SHULTZ,

    Plaintiff,

v.                                     Case No. 10-10486
                                     Honorable Patrick J. Duggan

MIGUEL BERRIOS, LAURIN THOMAS,
and JODI DEANGELO,

    Defendants.
_____/

## JUDGMENT

On February 3, 2010, Plaintiff, a *pro se* prisoner, commenced this action against Defendants.  Plaintiff claims that Defendants violated his constitutional rights pursuant to 42 U.S.C. § 1983 and state law during the parole hearing process.  In an Opinion and Order issued on this date, the Court granted summary judgment to Defendants with respect to Plaintiff's § 1983 claim.  The Court also declined to exercise supplemental jurisdiction over Plaintiff's state law claims.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's Complaint is **DISMISSED** and this dismissal is **WITH PREJUDICE** with respect to Plaintiff's claim pursuant to 42 U.S.C. § 1983 and **WITHOUT PREJUDICE** with respect to Plaintiff's state law claims.

Dated: February 23, 2011                s/PATRICK J. DUGGAN
                                                        UNITED STATES DISTRICT JUDGE

Copies to:
Kent Shultz, #153553
Parnall Correctional Facility
1780 E. Parnall
Jackson, MI 49201

Scott R. Rothermel, Esq.

Magistrate Judge Michael Hluchaniuk